# EXHIBIT A

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FLUOROQUINOLONE PRODUCTS
LIABILITY LITIGATION          MDL No. 2642

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −50)

On August 17, 2015, the Panel transferred 19 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 122 F.Supp.3d 1378 (J.P.M.L. 2015). Since that time, 415 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable John R. Tunheim.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of August 17, 2015, and, with the consent of that court, assigned to the Honorable John R. Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# IN RE: FLUOROQUINOLONE PRODUCTS LIABILITY LITIGATION

MDL No. 2642

## SCHEDULE CTO−50 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **MISSOURI EASTERN** | | | |
| MOE | 1 | 16−00224 | Johnson v. Johnson & Johnson et al |
| **NEW JERSEY** | | | |
| NJ | 3 | 16−05122 | MCDANIEL v. JOHNSON & JOHNSON et al |
| NJ | 3 | 16−05147 | CROSS v. BAYER HEALTHCARE PHARMACEUTICALS, INC. et al |
| NJ | 3 | 16−05176 | HAMRICK v. BAYER CORPORATION et al |
| NJ | 3 | 16−05238 | DUNN v. JOHNSON & JOHNSON et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 16−06554 | Fishman v. Bayer Corporation et al |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 16−04399 | KEHRER v. JOHNSON & JOHNSON et al |
| PAE | 2 | 16−04402 | LEMONDE v. JOHNSON & JOHNSON et al |
| PAE | 2 | 16−04403 | WHORTON v. JOHNSON & JOHNSON et al |
| PAE | 2 | 16−04426 | MANESS v. JOHNSON & JOHNSON et al |
| PAE | 2 | 16−04446 | ANDERSON v. JOHNSON & JOHNSON et al |
| PAE | 2 | 16−04447 | ANDREWS v. JOHNSON & JOHNSON et al |