UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| ANDREW JOHNSON<br><br>Plaintiff<br>v.<br>JOHNSON & JOHNSON, et. al.<br><br>Defendant(s) | Case No.: 1:16-cv-00224-SNL<br><br>PROPOSED ORDER |
|---|---|

## ORDER

IT IS ORDERED that Plaintiff's Motion for Extension of Time to file an Amended Complaint or in the alternative a Stay on the entire action is hereby granted pending transfer to the Multi-District Litigation in the United States District Court, District of Minnesota, IN RE: FLUOROQUINOLONE PRODUCTS LIABILITY LITIGATION, 15-MD-2642

_____

Honorable Judge Stephen N. Limbaugh, Jr.